UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
) EDTN Arresting Dist No. 1:20-mj-45-SKL
v. )
) Charging Dist #3:20-00047-Judge Richardson
) Middle Dist. of Tennessee-Nashville Division
DUSTIN LANE ARNETT )
)

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on April 20, 2020, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on an Indictment out of the U.S. District Court, Middle District of Tennessee, Nashville Division. Those present for the hearing included:

(1)  AUSA Jay Woods for the USA.
(2)  The defendant, Dustin Lane Arnett.
(3)  Attorney Myrlene Marsa with Federal Defender Services as appointed counsel for defendant.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded his under the 5th Amendment to the United States Constitution. Attorney Marsa was present as court appointed counsel in the arresting district.

The defendant had been provided with a copy of the arrest warrant and indictment and had the opportunity of reviewing those documents with his attorney. It was determined defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

AUSA Woods moved that defendant be detained without bail pending a detention hearing in the U.S. District Court, Middle District of Tennessee, Nashville Division. The defendant admitted he is the person named in the Indictment and arrest warrant, waived any detention hearing in this district, and asked that his hearings and any further proceedings be held in the U.S. District Court, Middle District of Tennessee, Nashville Division.

It is ORDERED:

(1) Defendant shall be **TEMPORARILY DETAINED** pending his transfer to the U.S. District Court, Middle District of Tennessee, Nashville Division as set forth in the Order of Temporary Detention Pending Hearing Pursuant to Bail Reform

Act.

(2) The U.S. Marshals Service shall transport defendant to the U.S. District Court, Middle District of Tennessee, Nashville Division for a hearing on a date to be determined once defendant is in said district.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE